*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



★  ★  ★                         ★  ★  ★

## MEMORANDUM OPINION

No. 04-08-00033-CR

Jose Luis **ALONZO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 1992-CR-2181
Honorable Raymond Angelini, Judge Presiding

Opinion by:    Alma L. López, Chief Justice

Sitting:    Alma L. López, Chief Justice
Catherine Stone, Justice
Sandee Bryan Marion, Justice

Delivered and Filed:  September 10, 2008

AFFIRMED

Jose Luis Alonzo pled guilty to capital murder pursuant to a plea bargain agreement and was sentenced to life imprisonment.  Alonzo appeals the trial court's order denying his motion for post-conviction DNA testing.  Alonzo's court-appointed attorney filed a brief containing a professional evaluation of the record in accordance with *Anders v. California*, 386 U.S. 738 (1967).  Counsel concludes that the appeal has no merit.  Counsel provided Alonzo with a copy of the brief and informed him of his right to review the record and file his own brief.  *See Nichols v. State*, 954

S.W.2d 83, 85-86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). Alonzo did not file a *pro se* brief.

After reviewing the record and counsel's brief, we agree that the appeal is frivolous and without merit. The judgment of the trial court is affirmed. Appellate counsel's motion to withdraw is granted. *Nichols v. State*, 954 S.W.2d at 86; *Bruns* 924 S.W.2d at 177 n.1. No substitute counsel will be appointed. Should Alonzo wish to seek further review of this case by the Texas Court of Criminal Appeals, Alonzo must either retain an attorney to file a petition for discretionary review or Alonzo must file a *pro se* petition for discretionary review. Any petition for discretionary review must be filed within thirty days from the date of either this opinion or the last timely motion for rehearing that was overruled by this court. *See* TEX. R. APP. P. 68.2. Any petition for discretionary review must be filed with this court, after which it will be forwarded to the Texas Court of Criminal Appeals. *See* TEX. R. APP. P. 68.3, 68.7. Any petition for discretionary review should comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 68.4.

Alma L. López, Chief Justice

DO NOT PUBLISH